# HELEN DORWAN v. CITY OF MOORHEAD.[2]

June 4, 1909.

Nos. 16,113—(125).

Action in the district court for Clay county to recover $238.31 for services as a professional nurse. Defendant in its answer tendered judgment against itself for the sum of $60. The case was tried before Baxter, J., and a jury which returned a verdict in favor of plaintiff for the amount demanded. From an order denying

[1]Reported in 121 N. W. 395.          [2]Reported in 121 N. W. 1134.

defendant's motion for judgment notwithstanding the verdict or for a new trial, it appealed. Affirmed.

*James M. Witherow,* for appellant.

*Nye & Dosland,* for respondent.

PER CURIAM.

In this action the plaintiff sought to recover the reasonable value of services alleged to have been rendered to the city of Moorhead in the care of certain patients at the city hospital or pesthouse. The jury returned a verdict in favor of the plaintiff, and the defendant appealed from an order denying its motion for judgment notwithstanding the verdict or for a new trial. The assignments of error question the correctness of certain rulings of the court at the trial and the sufficiency of the evidence to sustain the verdict.

We find nothing in the record which requires discussion. The evidence sustains the verdict, and no rulings made by the trial court were sufficiently prejudicial in their effect to justify a reversal. The order of the trial court is therefore affirmed.